U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
FILED
04 18 23, 11:57 am

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: Misty Ann Keele

Case No. 18-11184-jal

Adv. Pro. No. ______________

Debtor

---

**MOTION TO REINSATE CHAPTER 7 CASE**

Comes the Debtor, *pro se*, and for the Motion to reinstate Chapter 7 case, states that the court Discharged and closed the bankruptcy case in MAY 2019.

WHEREFORE, Debtor(I) prays for protection of this Honorable Court, and for entry of the Adversary Proceeding documents included.

Respectfully submitted this 14th day of April 2023.

/s/ Misty Ann Keele

______________________

2677 H.E. Johnson Road
Bowling Green, Ky 42103
270-606-3391

**CERTIFICATE OF MAILING**

I hereby certify that on this 14th day of April 2023, a true and correct copy of the foregoing Motion to reinstate a closed Chapter 7 bankruptcy and reopen for adversary proceedings This motion was mailed to U.S. Bankruptcy Court for the Western District of Kentucky.

Tendered by:

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE: Misty Ann Keele

Case No. 18-11184-jal

Adv. Pro. No. ______________

Debtor

---

**NOTICE OF MOTION FOR SUMMARY JUDGEMNT, COMPLAINT TO DETERMINE ELIGIBLITY OF DEBT OF STUDENT LOANS**

CASE to be reinstated by the code [FRBP 4007(B)} with the rules of the court RULE 5010(1) to file the motion for 523(a)(8). This motion will determine in the DEBT will cause undue hardship for debtor and the dependents.

WHEREFORE, Debtor(I) prays for protection of this Honorable Court, and for entry of these documents and investigation.

Respectfully submitted this 14th day of April 2023.

/s/ Misty Ann Keele

______________________

2677 H.E. Johnson Road
Bowling Green, Ky 42103
270-606-3391

**CERTIFICATE OF MAILING**

I hereby certify that on this 14th day of April 2023, a true and correct copy of the foregoing Motion to reinstate a closed Chapter 7 bankruptcy and reopen for adversary proceedings. This motion was mailed to U.S. Bankruptcy Court for the Western District of Kentucky.

Tendered by: