UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Misty Ann Keele | ) | CASE NO.18-11184 |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**ORDER**

This matter having come before the Court on the debtor's motion to reopen and application to waive the filing fee in order to file a motion for sanctions and to enforce the discharge injunction as to debtor's federal student loans, the Court finds the following:

1. Debtor previously moved to reopen the case to file an Adversary Proceeding regarding student loan debts, on May 19, 2023;
2. The Court granted the motion and debtor filed Adversary Proceeding 23-1008 on June 16, 2023;
3. In said Adversary, on July 1, 2025, the Court entered an Order granting the motion of the United States to dismiss and ruled that debtor's student loans were not eligible for discharge pursuant to §727(b) and that debtor's compliant requesting discharge of said student loans was DISMISSED;
4. That the debtor did not file any motion to alter or amend the Court's Order nor a timely Notice of Appeal and the Adversary was closed on July 16, 2025; and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion to reopen case be, and is, **DENIED**. The Court has ruled on this matter and as relating to this case and adversary proceeding, the matter has reached its disposition and shall remain CLOSED.

IT IS FURTHER ORDERED that the application to waive reopening fee is moot, and other documents debtor submitted for filing that per Court processes and Federal and Local Rules, should not be filed until the Court has reopened the case, SHALL NOT BE MADE OF RECORD, as the case remains closed.

A copy of this Order shall be served on the movant.

msp

Joan A. Lloyd
United States Bankruptcy Judge
Dated: May 5, 2026