# UNITED STATES BANKRUPTCY COURT

## Western District of Kentucky

IN RE:
Misty Ann Keele

Debtor(s)

Case No.:18−11184−jal

Chapter: 7
Judge: Joan A. Lloyd

# NOTICE

TO THE DEBTOR(S) AND ALL PARTIES IN INTEREST:

Please be advised that the following matter has been Entered by the Court on this date:

Order Denying Motion To Reopen Case (Related Doc # 44), Mooting Motion to Waive Filing Fee (Related Doc # 45. Otherdocuments debtor submitted for filing that per Court processes and Federal and Local Rules, should not be filed until the Court has reopened the case, SHALL NOT BE MADE OF RECORD, as the case remains closed. Entered on 5/5/2026. (MSP)

Dated: 5/5/26

FOR THE COURT
Elizabeth H. Parks
Clerk, U.S. Bankruptcy Court

By: MSP
Deputy Clerk