UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Misty Ann Keele | ) | CASE NO.18-11184 |
| | ) | CHAPTER 7 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

**ORDER**

This matter having come before the Court on the debtor's motion to reopen and application to waive the filing fee in order to file a motion for sanctions and to enforce the discharge injunction as to debtor's federal student loans, the Court finds the following:

1. Debtor previously moved to reopen the case to file an Adversary Proceeding regarding student loan debts, on May 19, 2023;
2. The Court granted the motion and debtor filed Adversary Proceeding 23-1008 on June 16, 2023;
3. In said Adversary, on July 1, 2025, the Court entered an Order granting the motion of the United States to dismiss and ruled that debtor's student loans were not eligible for discharge pursuant to §727(b) and that debtor's compliant requesting discharge of said student loans was DISMISSED;
4. That the debtor did not file any motion to alter or amend the Court's Order nor a timely Notice of Appeal and the Adversary was closed on July 16, 2025; and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the motion to reopen case be, and is, **DENIED**. The Court has ruled on this matter and as relating to this case and adversary proceeding, the matter has reached its disposition and shall remain CLOSED.

IT IS FURTHER ORDERED that the application to waive reopening fee is moot, and other documents debtor submitted for filing that per Court processes and Federal and Local Rules, should not be filed until the Court has reopened the case, SHALL NOT BE MADE OF RECORD, as the case remains closed.

A copy of this Order shall be served on the movant.

msp

Joan A. Lloyd
United States Bankruptcy Judge
Dated: May 5, 2026

United States Bankruptcy Court
Western District of Kentucky

In re:
Misty Ann Keele
Debtor

Case No. 18-11184-jal
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0644-1 User: KYWBECFAd Page 1 of 2
Date Rcvd: May 05, 2026 Form ID: pdf408 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Misty Ann Keele, 2677 H.E. Johnson Road, Bowling Green, KY 42103-9035 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| **Recip ID** | | **Notice Type: Email Address** | **Date/Time** | **Recipient Name and Address** |
|---|---|---|---|---|
| db | + | Email/Text: MISTYKNUDSON@GMAIL.COM | May 05 2026 19:15:00 | Misty Ann Keele, 2677 H.E. Johnson Road, Bowling Green, KY 42103-9035 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Katherine A. Bell | on behalf of Defendant United States of America on behalf of U.S. Department of Education Katherine.bell@usdoj.gov caseview.ecf@usdoj.gov |
| Mark H. Flener | mark@Flenerlaw.com ky11@ecfcbis.com |
| Tim Ruppel | on behalf of US Trustee U.S. Trustee ustpregion08.lo.ecf@usdoj.gov tim.ruppel@usdoj.gov;timmy.ruppel@gmail.com |
| U.S. Trustee | |

ustpregion08.lo.ecf@usdoj.gov

TOTAL: 4