BANKRUPTCY COURT COVER SHEET

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

---

In re:
MISTY ANN KEELE
Debtor

Case No. 18-11184
Chapter 7

---

COVER SHEET FOR NOTICE OF APPEAL

Document Title:
NOTICE OF APPEAL
(With Statement of Issues, Designation of Record, and Certificate of Service)

Filed By:
Misty Ann Keele
Debtor, Pro Se
2677 H.E. Johnson Road
Bowling Green, Ky 42103

Related Order:
Order Denying Motion to Reopen Case and Denying Application to Waive Reopening Fee
Entered: May 05, 2026
Judge: Hon. Joan A. Lloyd

Filing Fee:
$298 Money Order Enclosed
Payable to: Clerk, U.S. Bankruptcy Court

---

Description of Filing:

Debtor submits a Notice of Appeal from the Court's May 5, 2026 Order denying the Motion to Reopen Case and denying the Application to Waive Reopening Fee. Supporting documents include the Statement of Issues on Appeal, Designation of Record, and Certificate of Service.

---

Filed:

_Misty Keele_ May 18, 2026
(Date)

Signature:

Misty Ann Keele
Debtor, Pro Se

**U.S. BANKRUPTCY COURT**

**WESTERN DISTRICT OF KENTUCKY**

**FILED**

05 19 26, 12:46 pm

# UNITED STATES BANKRUPTCY COURT
## FOR THE
### WESTERN DISTICT OF KENTUCKY

In re:

MISTY ANN KEELE,

Debtor.

Case No. 18-11184-jal

Adv. 23-01003-jal

Chapter 7

## NOTICE OF APPEAL

Notice is hereby given that Debtor, Misty Ann Keele, appeals to the United States District Court for the Western District of Kentucky from the Order entered on May 5, 2026, titled "Order Denying Motion to Reopen/ Enforce Discharge Injunction and for Sanctions."

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are:

Appellant:

Misty Ann Keele

Address: 2677 H.E. Johnson Road

         Bowling Green, Ky 42103

Phone: 270-746-4371

Email: mistyknudson@gmail.com

Appellees:

U.S. Department of Education

c/o U.S. Attorney – Western District of Kentucky

717 W. Broadway

Louisville, KY 40202

U.S. Department of Justice

Civil Division

950 Pennsylvania Ave NW

Washington, DC 20530

Dated: May 19, 2026