Case No. 26-8011

## BANKRUPTCY APPELLATE PANEL
## OF THE SIXTH CIRCUIT

### ORDER

In re: MISTY ANN KEELE,

       Debtor.

_____

MISTY ANN KEELE,

       Debtor - Appellant,

v.

U.S. TRUSTEE

       Trustee - Interested Party, et al.

On May 19, 2026 the appellant filed a notice of appeal (R. 50) in the United States Bankruptcy Court for the Western District of Kentucky.  On the same day, the Clerk's Office transferred the notice of appeal to the Bankruptcy Appellate Panel of the Sixth Circuit. (R. 52).

UPON REVIEW of the notice of appeal, the appellant elected to appeal to the United States District Court for the Western District of Kentucky;

> Notice is hereby given that Debtor, Misty Ann Keele, appeals to the United States District Court for the Western District of Kentucky from the Order entered on May 5, 2026, titled "Order Denying Motion to Reopen/Enforce Discharge Injunction and for Sanctions."

(Notice of Appeal, Bankr. Case No. 18-11184, ECF No. 50.)

The Appellant having elected to have the appeal heard by the district court, therefore, IT IS **ORDERED** that this appeal is hereby TRANSFERRED to the District Court for the Western District of Kentucky for further proceedings. 6th Cir. BAP LBR 8001-3(a)(2).

**ENTERED PURSUANT TO RULE 8011-2(a)(2)**
**BANKRUPTCY APPELLATE PANEL**
Kelly L. Stephens, Clerk

Issued: July 15, 2026